IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT CURTIS WILLIAMS, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv222 |
| PAUL, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert Curtis Williams, Jr., a prisoner confined at the Jefferson County Correctional Center, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the case without prejudice pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED the 14th day of June, 2005.

HOWELL COBB
JUDGE PRESIDING

*FILED - CLERK, U.S. DISTRICT COURT, 05 JUN 14 PM 12:46, TX EASTERN - BEAUMONT, BY ___*